```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29303
   JERRY P ROCHON
   GLORIA A ROCHON                           CHAPTER 13

                                             JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-4626     SSN XXX-XX-1610
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/09/04 and confirmed on 10/12/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 80000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 15240.00 | 482.71 | 15240.00 |
| FORD MOTOR CREDIT CO | SECURED | 11350.00 | .00 | 11350.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4899.21 | .00 | 3689.16 |
| ROUNDUP FUNDING LLC | UNSECURED | 2815.74 | .00 | 2120.28 |
| CAPITAL ONE FINANCIAL | UNSECURED | 5102.11 | .00 | 3841.94 |
| CAPITAL ONE FINANCIAL | UNSECURED | 5290.92 | .00 | 3984.12 |
| CAPITAL ONE FINANCIAL | UNSECURED | 5760.22 | .00 | 4337.50 |
| SMC | UNSECURED | 490.33 | .00 | 369.22 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10281.36 | .00 | 7741.97 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 318.17 | .00 | 239.59 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8715.68 | .00 | 6563.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2561.65 | .00 | 1928.95 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RETAIL SERVICES/HRS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 473.40 | .00 | 356.48 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 7304.88 | .00 | 5500.65 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | UNSECURED | 9059.87 | .00 | 6822.18 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26590.00 | .00 | 63073.54 | .00 | 89663.54 |
| PRINCIPAL PAID | 26590.00 | .00 | 47495.04 | .00 | 74085.04 |

```
INTEREST PAID              482.71         .00            .00         .00       482.71
TOTAL PAID               27072.71         .00       47495.04         .00     74567.75
```

The Debtor's attorney, RICHARD S BASS                , was allowed $   2500.00
and was paid $   1100.00  direct and $   1400.00  through the plan.

The Trustee received $   3232.25 .

Refunds to the Debtor totaled $    800.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE








                            PAGE   2
         CASE NO. 04 B 29303 JERRY P ROCHON & GLORIA A ROCHON